# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:16−cv−03563−JS

| | |
|---|---|
| O.P. SCHUMAN & SONS, INC. v. DJM ADVISORY GROUP, LLC et al | Date Filed: 06/27/2016 |
| Assigned to: HONORABLE JUAN R. SANCHEZ | Date Terminated: 02/16/2017 |
| Cause: 47:227(b)(3) Telephone Consumer Protection Act of 1991 | Jury Demand: None |
| | Nature of Suit: 890 Other Statutes: Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **O.P. SCHUMAN & SONS, INC.** *A PENNSYLVANIA CORPORATION, INDIVIDUALLY AND AS THE REPRESENTATIVE OF A CLASS OF SIMILARLY SITUATED PERSONS* | represented by | **ALAN C. MILSTEIN** SHERMAN SILVERSTEIN KOHL ROSE PODOLSKY 308 HARPER DR STE 200 MOORESTOWN, NJ 08057−3245 856−662−0700 Fax: 856−488−4744 Email: amilstein@shermansilverstein.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **DANIEL J. COHEN** BOCK, HATCH, LEWIS & OPPENHEIM, LLC 134 N. LA SALLE STREET SUITE 1000 CHICAGO, IL 60602 312−658−5500 *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **KIMBERLY M. WATT** BOCK HATCH LEWIS & OPPENHEIM LLC 134 N LASALLE ST SUITE 1000 CHICAGO, IL 60602 312−658−5500 Email: kimberly@classlawyers.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **JAMES M. SMITH** BOCK, HATCH, LEWIS & OPPENHEIM, LLC 134 N. LA SALLE STREET SUITE 1000 CHICAGO, IL 60602 312−658−5500 *ATTORNEY TO BE NOTICED* |

V.


**Defendant**

| | | |
|---|---|---|
| **DJM ADVISORY GROUP, LLC** | represented by | **NICOLE L. MILONE**<br>CERTILMAN BALIN ADLER & HYMAN LLP<br>90 MERRICK AVE 9TH FL<br>EAST MEADOW, PA 11554<br>516–296–7000<br>Email: nmilone@certilmanbalin.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **JOHN H. GIONIS**<br>CERTILMAN BALIN ADLER & HYMAN LLP<br>90 MERRICK AVE 9TH FL<br>EAST MEADOW, NY 11554<br>516–296–7000<br>Email: jgionis@certilmanbalin.com<br>*ATTORNEY TO BE NOTICED* |
| | | **KEVIN J. KOTCH**<br>The Kim Law Firm LLC<br>1500 Market Street<br>Centre Square West<br>Suite W–3110<br>Philadelphia, PA 19102<br>8559966342<br>Fax: 8552355855<br>Email: kkotch@thekimlawfirmllc.com<br>*ATTORNEY TO BE NOTICED* |
| | | **PAUL B. SWEENEY**<br>CERTILMAN BALIN ADLER & HYMAN LLP<br>90 MERRICK AVE 9TH FL<br>EAST MEADOW, NY 11554<br>516–296–7000<br>Email: psweeney@certilmanbalin.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **BANNER LIFE INSURANCE COMPANY** | represented by | **KYMBERLY KOCHIS**<br>EVERSHEDS SUTHERLAND (US) LLP<br>1114 AVE OF THE AMERICAS 38TH FL<br>NEW YORK, NY 10036–7703<br>212–389–5000<br>Email: kymberlykochis@eversheds−sutherland.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **LEWIS S. WIENER**<br>EVERSHEDS SUTHERLAND (US) LLP<br>700 6TH STREET, N.W.<br>SUITE 700<br>WASHINGTON, DC 20001 |

        202–383–0100
        Email: lewiswiener@eversheds−sutherland.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **WILSON G BARMEYER**
        EVERSHEDS SUTHERLAND (US) LLP
        700 6TH STREET, N.W.
        SUITE 700
        WASHINGTON, DC 20001
        202–383–0100
        Email: wilsonbarmeyer@eversheds−sutherland.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK**   represented by   **KYMBERLY KOCHIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LEWIS S. WIENER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WILSON G BARMEYER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN DOES 1–12**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2016 | Ï 1 | COMPLAINT against All Defendants ( Filing fee $ 400 receipt number 142761.), filed by O.P. SCHUMAN & SONS, INC. (Attachments: # 1 Civil Cover Sheets)(tj, ) (Entered: 06/29/2016) |
| 06/27/2016 | Ï | Summons 3 Issued as to BANNER LIFE INSURANCE COMPANY, DJM ADVISORY GROUP, LLC, WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK. Forwarded To: Counsel on 6/29/16 (tj, ) (Entered: 06/29/2016) |
| 06/27/2016 | Ï 2 | Disclosure Statement Form pursuant to FRCP 7.1 by O.P. SCHUMAN & SONS, INC.(tj, ) (tj, ). (Entered: 06/29/2016) |
| 07/19/2016 | Ï 3 | WAIVER OF SERVICE Returned Executed by O.P. SCHUMAN & SONS, INC.. WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK waiver sent on 7/14/2016, answer due 9/12/2016. (MILSTEIN, ALAN) (Entered: 07/19/2016) |
| 07/19/2016 | Ï 4 | WAIVER OF SERVICE Returned Executed by O.P. SCHUMAN & SONS, INC.. BANNER LIFE INSURANCE COMPANY waiver sent on 7/14/2016, answer due 9/12/2016. (MILSTEIN, ALAN) |

| | | |
|---|---|---|
| | | (Entered: 07/19/2016) |
| 09/07/2016 | Ï 5 | NOTICE of Appearance by KYMBERLY KOCHIS on behalf of BANNER LIFE INSURANCE COMPANY, WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK with Certificate of Service(KOCHIS, KYMBERLY) (Entered: 09/07/2016) |
| 09/09/2016 | Ï 6 | Disclosure Statement Form pursuant to FRCP 7.1 including Legal & General Group, PLC with Certificate of Service by BANNER LIFE INSURANCE COMPANY, WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK.(KOCHIS, KYMBERLY) (Entered: 09/09/2016) |
| 09/09/2016 | Ï 7 | Stipulation for Extension of Time to File Answer re 1 Complaint filed by BANNER LIFE INSURANCE COMPANY, WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK. Certificate of Service.**(FILED IN ERROR BY ATTY, COPY FORWARDED TO JUDGE FOR APPROVAL)**(KOCHIS, KYMBERLY) Modified on 9/12/2016 (tjd). (Entered: 09/09/2016) |
| 09/13/2016 | Ï 8 | STIPULATION AND ORDER THAT DEFENDANTS MAY ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT ON OR BEFORE 11/15/2016.. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 9/12/2016. 9/13/2016 ENTERED AND COPIES MAILED, E−MAILED.(kp, ) (Entered: 09/13/2016) |
| 09/22/2016 | Ï | Letter to Attorney Nicole L. Milone re: L.R. 83.5 and 83.5.2. (eibo, ) (Entered: 09/22/2016) |
| 09/22/2016 | Ï 9 | APPLICATION for Admission Pro Hac Vice of LEWIS S. WIENER by BANNER LIFE INSURANCE COMPANY, WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK. SPONSOR'S STATEMENT, CERTIFICATE OF SERVICE, PROPOSED ORDER. (FILING FEE PAID ) (kp, ) (Entered: 09/23/2016) |
| 09/23/2016 | Ï 10 | ORDER THAT THE APPLICATION FOR ADMISSION TO THE COURT PRO HAC VICE OF ATTORNEY LEWIS S. WIENER for BANNER LIFE INSURANCE COMPANY AND WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK IS GRANTED.. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 9/23/2016. 9/23/2016 ENTERED AND COPIES MAILED, E−MAILED.(kp, ) Modified on 9/23/2016 (kp, ). (Entered: 09/23/2016) |
| 09/28/2016 | Ï 11 | NOTICE of Appearance by KEVIN J. KOTCH on behalf of DJM ADVISORY GROUP, LLC with Certificate of Service(KOTCH, KEVIN) (Entered: 09/28/2016) |
| 09/28/2016 | Ï 12 | MOTION for Pro Hac Vice *John H. Gionis, Esquire* filed by DJM ADVISORY GROUP, LLC.Certificate of Service.(KOTCH, KEVIN)(FILING FEE PAID 9/29/2016) Modified on 9/29/2016 (kp, ). (Entered: 09/28/2016) |
| 09/28/2016 | Ï 13 | MOTION for Pro Hac Vice *Paul B. Sweeney, Esquire* filed by DJM ADVISORY GROUP, LLC.Certificate of Service.(KOTCH, KEVIN)(FILING FEE PAID 9/29/2016) Modified on 9/29/2016 (kp, ). (Entered: 09/28/2016) |
| 09/28/2016 | Ï 14 | MOTION for Pro Hac Vice *Nicole L. Milone, Esquire* filed by DJM ADVISORY GROUP, LLC.Certificate of Service.(KOTCH, KEVIN)(FILING FEE PAID 9/29/2016) Modified on 9/29/2016 (kp, ). (Entered: 09/28/2016) |
| 09/28/2016 | Ï 15 | ORDER THAT THE 12 MOTION FOR ADMISSION TO THE COURT PRO HAC VICE OF JOHN H. GIONIS IS GRANTED.. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 9/28/2016.9/29/2016 ENTERED AND COPIES MAILED, E−MAILED. ECF APP FORWARDED. (kp, ) (Entered: 09/29/2016) |
| 09/28/2016 | Ï 16 | ORDER THAT 13 MOTION FOR PRO HAC VICE OF PAUL B. SWEENEY IS GRANTED.. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 9/28/2016.9/29/2016 ENTERED AND COPIES MAILED, E−MAILED. ECF APP FORWARDED. (kp, ) (Entered: 09/29/2016) |
| 09/28/2016 | Ï 17 | |

| | | |
|---|---|---|
| | | ORDER THAT THE 14 MOTION FOR PRO HAC VICE OF NICOLE L. MILONE IS GRANTED. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 9/28/2016.9/29/2016 ENTERED AND COPIES MAILED, E–MAILED. ECF APP FORWARDED. (kp, ) (Entered: 09/29/2016) |
| 11/15/2016 | 18 | MOTION to Stay re 1 Complaint *pursuant to the first–filed doctrine*, MOTION to Dismiss for Lack of Jurisdiction *pursuant to Rule 12(b)(1)*, MOTION to Strike 1 Complaint *pursuant to Rule 12(f)* filed by BANNER LIFE INSURANCE COMPANY, WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK.Memorandum in Support, Certificate of Service. (Attachments: # 1 Memorandum in Support of Motion, # 2 Text of Proposed Order)(KOCHIS, KYMBERLY) (Entered: 11/15/2016) |
| 11/15/2016 | 19 | MOTION to Dismiss for Lack of Jurisdiction *pursuant to Rule 12(b)(1)*, MOTION to Stay *or dismiss Complaint pursuant to the first–filed doctrine*, MOTION to Strike *Complaint pursuant to Rule 12(f)* filed by DJM ADVISORY GROUP, LLC.Memorandum of Law, Certificate of Service. (Attachments: # 1 Memorandum, # 2 Text of Proposed Order)(KOTCH, KEVIN) (Entered: 11/15/2016) |
| 11/29/2016 | 20 | RESPONSE in Opposition re 18 MOTION to Stay re 1 Complaint *pursuant to the first–filed doctrine* MOTION to Dismiss for Lack of Jurisdiction *pursuant to Rule 12(b)(1)* MOTION to Strike 1 Complaint *pursuant to Rule 12(f)*, 19 MOTION to Dismiss for Lack of Jurisdiction *pursuant to Rule 12(b)(1)* MOTION to Stay *or dismiss Complaint pursuant to the first–filed doctrine* MOTION to Strike *Complaint pursuant to Rule 12(f)* filed by O.P. SCHUMAN & SONS, INC. Certificate of Service. (MILSTEIN, ALAN) Modified on 12/7/2016 (tjd). (Entered: 11/29/2016) |
| 11/29/2016 | 21 | Corrected RESPONSE in Opposition re 18 MOTION to Stay re 1 Complaint *pursuant to the first–filed doctrine* MOTION to Dismiss for Lack of Jurisdiction *pursuant to Rule 12(b)(1)* MOTION to Strike 1 Complaint *pursuant to Rule 12(f)*, 19 MOTION to Dismiss for Lack of Jurisdiction *pursuant to Rule 12(b)(1)* MOTION to Stay *or dismiss Complaint pursuant to the first–filed doctrine* MOTION to Strike *Complaint pursuant to Rule 12(f) CORRECTED* filed by O.P. SCHUMAN & SONS, INC. Certificate of Service. (MILSTEIN, ALAN) Modified on 12/7/2016 (tjd). (Entered: 11/29/2016) |
| 12/06/2016 | 22 | REPLY to Response to Motion re 18 MOTION to Stay re 1 Complaint *pursuant to the first–filed doctrine* MOTION to Dismiss for Lack of Jurisdiction *pursuant to Rule 12(b)(1)* MOTION to Strike 1 Complaint *pursuant to Rule 12(f)* filed by BANNER LIFE INSURANCE COMPANY, WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK. (WIENER, LEWIS) (Entered: 12/06/2016) |
| 12/06/2016 | 23 | REPLY to Response to Motion re 19 MOTION to Dismiss for Lack of Jurisdiction *pursuant to Rule 12(b)(1)* MOTION to Stay *or dismiss Complaint pursuant to the first–filed doctrine* MOTION to Strike *Complaint pursuant to Rule 12(f)* , Certificate of Service filed by DJM ADVISORY GROUP, LLC. (KOTCH, KEVIN) (Entered: 12/06/2016) |
| 12/06/2016 | 24 | ORDERED A RULE 16 CONFERENCE AND ORAL ARGUMENT ON DEFENDANTS' MOTIONS TO DISMISS WILL BE HELD IN THE ABOVE–CAPTIONED MATTER ON JANUARY 31, 2017, AT 9:00 A.M. IN COURTROOM 11A ETC. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 12/6/16. 12/6/16 ENTERED AND COPIES EMAILED TO COUNSEL.(jaa, ) (Entered: 12/06/2016) |
| 01/23/2017 | 25 | MOTION for Pro Hac Vice *of James M. Smith* filed by O.P. SCHUMAN & SONS, INC..Certificate of Service.(MILSTEIN, ALAN) (FILING FEE PAID 1/25/2017) Modified on 1/26/2017 (kp, ). (Entered: 01/23/2017) |
| 01/23/2017 | 26 | MOTION for Pro Hac Vice *of Daniel J. Cohen* filed by O.P. SCHUMAN & SONS, INC..Certificate of Service.(MILSTEIN, ALAN)(FILING FEE PAID 1/25/2017) Modified on 1/26/2017 (kp, ). (Entered: 01/23/2017) |

| | | |
|---|---|---|
| 01/23/2017 | 27 | APPLICATION for Admission Pro Hac Vice of WILSON G. BARMEYER by BANNER LIFE INSURANCE COMPANY, WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK.. (FILING FEE PAID 1/23/2017)(kp, ) (Entered: 01/24/2017) |
| 01/24/2017 | 28 | ORDER THAT THE APPLICATION FOR ADMISSION TO THE COURT PRO HAC VICE OF ATTORNEY DANIEL J. COHEN for O.P. SCHUMAN & SONS, INC. IS GRANTED.. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 1/24/2017. 1/24/2017 ENTERED AND COPIES MAILED, E–MAILED. ECF APPLICATION FORWARDED. (kp, ) (Entered: 01/24/2017) |
| 01/24/2017 | 29 | ORDER THAT THE APPLICATION FOR ADMISSION TO THE COURT PRO HAC VICE OF JAMES M. SMITH IS GRANTED. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 1/24/2017.1/24/2017 ENTERED AND COPIES MAILED, E–MAILED. ECF APP FORWARDED. (kp, ) (Entered: 01/24/2017) |
| 01/24/2017 | 30 | ORDER THAT THE APPLICATION FOR ADMISSION THE COURT PRO HAC VICE OF ATTORNEY WILSON G BARMEYER for BANNER LIFE INSURANCE COMPANY AND WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK IS GRANTED.. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 1/24/2017. 1/24/2017 ENTERED AND COPIES MAILED, E–MAILED. ECF APP FORWARDED. (kp, ) (Entered: 01/24/2017) |
| 01/31/2017 | 31 | Minute Entry for proceedings held before HONORABLE JUAN R. SANCHEZ Motion Hearing held on 1/31/2017 re 18 MOTION to Stay re 1 Complaint *pursuant to the first–filed doctrine* MOTION to Dismiss for Lack of Jurisdiction *pursuant to Rule 12(b)(1)* MOTION to Strike 1 Complaint *pursuant to Rule 12(f)* filed by WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK, BANNER LIFE INSURANCE COMPANY, 19 MOTION to Dismiss for Lack of Jurisdiction *pursuant to Rule 12(b)(1)* MOTION to Stay *or dismiss Complaint pursuant to the first–filed doctrine* MOTION to Strike *Complaint pursuant to Rule 12(f)* filed by DJM ADVISORY GROUP, LLC Court Reporter: ESR. (kp, ) (Entered: 01/31/2017) |
| 02/02/2017 | 32 | NOTICE of Supplemental Authority by O.P. SCHUMAN & SONS, INC. re 20 Response in Opposition to Motion,, 21 Response in Opposition to Motion,, . Certificate of Service. (Attachments: # 1 Exhibit "A" Ninth Circuit filed Van Patten v. Vertical Fitness Group, LLC, Case No. 14–55980 (9th Cir., Jan. 30, 2017), # 2 Certificate of Service)(MILSTEIN, ALAN) Modified on 2/3/2017 (tjd). (Entered: 02/02/2017) |
| 02/02/2017 | 33 | NOTICE by BANNER LIFE INSURANCE COMPANY, WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK *NOTICE OF CHANGE OF FIRM NAME* (KOCHIS, KYMBERLY) (Entered: 02/02/2017) |
| 02/16/2017 | 34 | MEMORANDUM AND/OR OPINION. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 2/16/17. 2/16/17 ENTERED AND COPIES MAILED/EMAILED TO COUNSEL AND COPY TO LEGAL.(jaa, ) (Entered: 02/16/2017) |
| 02/16/2017 | 35 | ORDER THAT THE MOTIONS ARE GRANTED IN PART AND DENIED IN PART AS IT IS OUTLINE AND THE CLERK OF COURT IS DIRECTED TO TRANSFER THIS ACTION TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 2/16/17. 2/16/17 ENTERED AND COPIES MAILED/EMAILED TO COUNSEL AND COPY TO LEGAL.(jaa, ) (Entered: 02/16/2017) |