```
                 UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
                      FORT MYERS DIVISION
```

O.P. SCHUMAN & SONS, INC., a
Pennsylvania corporation
individually and as the
representative of a class of
similarly situated persons,

    Plaintiff,

v.                            Case No: 2:17-cv-157-FtM-99CM

DJM ADVISORY GROUP LLC,
BANNER LIFE INSURANCE
COMPANY, WILLIAM PENN LIFE
INSURANCE COMPANY OF NEW
YORK, and JOHN DOES 1-12,

    Defendants.

---

**ORDER**

This matter comes before the Court on the parties' Stipulation of Dismissal (Doc. #78) filed on January 24, 2018. The Court will deem the John Doe 1-12 defendants deemed dismissed without prejudice for failure to prosecute, and take no further action on the Order (Doc. #77). The identified parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __26th__ day of January, 2018.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record